IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Calvin Alphonse Lee #152056
Full name and prison number
of plaintiff(s)

v. Alabama Dept. of Corrections
Warden John Cummins II, ET. AL., Captain
Horace Burton, Classifications Debra
Martin, Sgt. Vivan Langford F.L.Y.C.
P.O.B. 220410, Deatsville, AL 36022

Request to Amend other's
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

RECEIVED
2007 JAN 29 A 11:04   2:07cv82-T
CIVIL ACTION NO.
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT **Frank Lee Youth Center P.O. Box 220410, Deatsville, AL 36022**

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED **Frank Lee Youth Center, P.O. Box 220410, Deatsville, AL 36022**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME — Warden — ET. AL — ADDRESS

1. John Cummins II Warden, 5375 Ingram Road, Deatsville, AL 36022
2. Captain Horace Burton, 5375 Ingram Road, Deatsville, AL 36022
3. Sgt. Vivian Jackson or Langford, 5375 Ingram Road, Deatsville, AL 36022
4. Debra Martin, 5375 Ingram Road, Deatsville, AL 36022
5. _____
6. Request to Amend other's to this 1983-Complaint at a later date

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **December 29, 2006 Friday**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Sgt. Jackson or Langford verbally threaten me, the petitioner, for performing a job description; that I had been appointed by Sgt. Langford and the Job Board to do. Sgt. Langford later on January 04, 2007 later terminated the petitioner from the job as Law Library Clerk. For performing the job that the petitioner was assigned to perform, which was to assist other inmate's legally. Also Sgt. Langford conspired with the warden and Captain to deprive the petitioner of his Civil Rights by use of Intimidation.

Con't
V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATIONS THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

Ground one: By not providing an Adquate Law Library, suitable for the petitioner to access the Court's. As Required by Law, Of which all the defendant's on the Cover page were knowledgeable About. SGT. Langford was NEVER Qualitified as Required by the Alabama Department of Correction Regulation's for that Job description. That SGT. Langford held at Frank Lee Youth Center. Which was Law Library Supervisor. Which caused harm to the petitioner and other inmate's, Attempting to Access the Court's. The Defendant's 1,2,3, Commin's Burton, Langford. Devised this scheme to mislead the Petitioner And other's, in violation's of the Alabama Department of Correction's Policy and Procedure's in regard's to establishing a Legal Adquate Law Library and it's governing officials. Out of Disrespect and selfish disregard's for Human Life of a prisoner, Also this intentional disregard, expresses their true character. And Respect of Authority that they are accountable to. When they are not minitered they will Abuse their authority of the Law. These named defendant's in this Civil Action willfully violated as Many Alabama D.O.C Administration Regulation's, Procedure's and Policies. for the Standard Operating Procedure set down by the A.L.D.O.C. Legal Division that set the Policy as to the required Level set by the federal statute for Prisoner's Right's to Access the Court's. In order for the Defendant's to carry out this Depravation of the petitioner Constitutional Right's. The Defendant's hide Administration Regulation's and Standard Operating Procedure's as pretaining to the Law Library and the Facility, Making the rules as they so please. In the process inflicting great emotinal

harm upon the Petitioner and other inmates, Resulting in Numerous Due Process violation's. SGT. Langford or her superior's, Neither honored the Petitioner or other inmates Request for Law book's or other Law material not stocked in the Law Library or on the Lexis Series. from June 2006, Until recently due to and outside source contacting the AL. D.O.C. Commissioner et. al. office with a complaint on December 29, 2006. The Petitioner had Attempted to have the Deprivation Addressed. Numerous time's, but the Supervisor mislead the Petitioner and other's as to the issue. Then once on the verge of being exsposed. The defendant's singled out the petitioner for helping other inmates with legal issue's. And subjected the Petitioner to Cruel and unusual Punishment by threat's and intimidation with outrageous verbal remark's, And other unprofessional conduct. Their purpose for conducting themselves in this unprofessional manner. It to provoke the petitioner or other inmate's. Into retaliating in some form. So that they the defendant's, can justify a Rule violation of some sort. And to be able to justify the using of force to bring the petitioner or other's under control. Then they would falsify Incident Report's, to cover-up for any wrong's that they instigated. As stated before I request of the Court to Let me the petitioner Amend, at a Later date. Sworn Affidavit's from other inmate's and the petitioner. Of Incident's in which exactly what is stated occurred. Also request to be allowed time to Amend these sworn Affidavit's from witnesses. Also the Petitioner, Request's that the Court take into consideration that, the petitioner is not and Attorney. And has Limited knowledge of the Law. But has the Common Sense to know when his Constitutional Right has been violated. And is Requesting A federal Investigation of this complaint and the Institution where

These Constitution violation's occur daily. THE STAFF here at FRANK Lee youth center mislead's the PRISONER'S, by not placing the S.O.P. Rules in view or post them. So that they can be known. Here the only time a prisoner's know what's going on is when he is in front of the Disiplinary Board. OR has received a citation or other. THE Library Book's of new law's the Administration keep's them for their reading. The only way to combat this problem is for the Federal Court's to send. A U.S Marshal Investigation Team in here to talk to the Complaintant or PETITIONER. Do A walk through talking with the 284 prisoner's here In A private or one on one setting. Because it done in the view of the Correctional Officer's the prisoner's are going to be intimidated by their the Guard and Authorities here present and Stare's. If not that, the petitioner has some name's also of some prisoner's whom have ended their sentence's but are willing to give statement's. About the Abuse here. Why can't A prisoner just serve his sentence in peace without the Authoritie's Being the Judge, Jury, And EXECUTIONER. The PETITIONER has done nothing to cause this sort of cruel punishment. I've have only assisted other inmate's to the best of my knowledge, with legal matter's. From my prior experience's. Provoking the SGT. to change my institutional Job. Also to degrade me personally, And other.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (state as best you can the time, place and manner and person involved.)

These incident's have occurred since, I have first come to this facility in June 2006. If the date is correct. But most has mainly occurred since Dec. 29, 2006- thru. 01/04/07 At Frank Lee Youth Center by manner of schemes, misleading, information, trickery, threat's and intimidation by the listed personnel on the cover page of this complaint Cummins, Burton, Langford and Martin

GROUND TWO: All Have Conspired and deprived the Petitioner of his Civil Right's An 1st Amendment 5th Amendment 6th Amendment 8th Amendment 14th Amendment Rights

SUPPORTING FACTS: Due Process violation, Constant threat's and tatic's to pressure inmates and Petitioner into violating the Rules. Being Deprived of Inmates Rights, Privileges and Immunities guaranteed by the Constitution

GROUND THREE: Petitioner Request to be allowed to Amend the Statement of the Incidents with Classification Specialist Debra Martin After he has been Removed from the Facility Because of her Connection's to high officials

SUPPORTING FACTS: within the D.O.C. for Alabama Command Structure, which allow's her to do whatever she please's without correction from Superior's. Because of close tie's with them in society. Also this possibility involves postal official in the area around Frank Lee Youth Center. Petitioner Request to Amend this information at a later time Because it will Require an undercover investigation. To be exposed but has occurred.

3

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Request to be Removed from this Facility Immediately under U.S. Marshal Protection also have the witnesses Removed also. And An investigation be started Immediately with statement's taken from Every inmate at the facility. Also Sanction's be imposed. So that this Never Occur's again, And the guilty partie's be Removed from their Job description. And the State of Alabama Tax payer's Reimbursed. And Counsel Appointed for the Petitioner

Cal G. Lee Pro. Se
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 01/04/07 .
             (Date)


Signature of plaintiff(s)

4



Lakwin A. Lee - 132456, D3-39
Frank Lee Youth Center
P.O.B. 220410
Deatsville, AL 36022

LEGAL MAIL

United States District Courts
Middle District of Alabama
United States Courthouse
15 Lee St.
Montgomery, Alabama 36104

④

Jan 07, 2007

# AFFIDAVIT

2:07cv82-T

I A Prisoner at Frank Lee Youth Center, Is signing this sworn Affidavit to the condition's and Abusive behavior of the Prison Staff here at F.L.Y.C. The Accused being (1) Warden John Cummins II, (2) Captain Horace Burton (3) Sgt. Vivian Langford, (4) Classification Specialist Debra Martin

All of the above have conspired to Deprive the Prisoner's of their Civil and Constitutional Rights And encouraged hatred against Society. By their methods of degrading prisoner's confined here at F.L.Y.C. And infliction of punishment that is pointless infliction of suffering. Inmate's are forced by Sgt. Langford to work beyond their strengths, in violation of their Religious beliefs. Ms Debra Martin force inmate and the Petitioner to be idle, when it's comes to Rehabilitation program's. The sanitation condition's are inadequate at night, their is one toilet, face basin, one mirror, to serve 76 prisoner's this based on Cell #3. And by the warden and Captain being in charge of the Intitution they had to be aware or was negligent in there job description if they say. They did not know what was going on. Also there is no policy for governing the Handicap or Desabilitie's Act. This Intitution is in violation of the Handicap law's. It is without any of the necessities providing for the Handicap. And their are several Handicap inmate's here, I the Petitioner or any of the signer's to this Affidavit. Are not being forced or presuaded by threat or any other mean's. Except of our own free will to sign this Affidavit. The Petitioner is correct as to the conditions allegation's against Sgt. Langford, and the Superior's Also Classification Specialist Debra Martin. By no mean's are we attempting to disrupt the Security or cause anyone harm. This is not a Class-Action Complaint But we are witnesses by signature.

SWORN AND SUBSCRIBED BEFORE ME THIS THE _____ DAY OF _____ 2007.

_____
NOTARY PUBLIC

My Commission Exspires _____

Certificate of Service

I do hereby certify that a copy of the foregoing motion has been served upon the U.S. District Court, Clerk by placing a copy of the said same In the U.S Mail properly addressed and postage prepaid this the _____ Day of _____ 2007

Request Premission from The Court, To Amend To This 1983 in the Future.

Name: Jimmy L. Reeder 153384
Address:
City:
Zip Code:       Phone:
*Signature: Jimmy L. Reeder*

Name: Tavaris Body 234499
Address:
City:
Zip Code:       Phone:
*Signature: Tavaris Body*

Name: Virgil Nickens 241724
Address:
City:
Zip:       Phone:
*Signature: Virgil Nickens*

Name: Dedrick White 205693
Address:
City:
Zip:       Phone:
*Signature: Dedrick White*

Name: Daniel Irby 247981
Address:
City:
Zip:       Phone:
*Signature: Daniel Irby*

Name: Stanley Hailey
Address:
City:
Zip:       Phone:
*Signature: Stanley L. Hailey*

Name: Robert Taylor
Address:
City:
Zip:       Phone:
*Signature: Robert Taylor*

Name: William Lovelace
Address:
City:
Zip:       Phone:
*Signature: William Lovelace*

Name: Gregory Boykin 141670
Address:
City:
Zip:       Phone:
*Signature: Gregory Boykin*

Name: Dondre Harris AIS 242676
Address:
City:
Zip Code:       Phone:
*Signature: Dondre Harris*

Name: Ruben Douglas AIS 247347
Address:
City:
Zip Code:       Phone:
*Signature: Ruben Douglas*

Name: Cecil R Haston AIS#248468
Address:
City:
Zip:       Phone:
*Signature: Cecil R. Haston*

Name: Troy Watkins - 133965
Address:
City:
Zip:       Phone:
*Signature: Troy Watkins*

Name: Larry McCall 24977
Address:
City:
Zip:       Phone:
*Signature: Larry McCall*

Name:
Address:
City:
Zip:       Phone:

Name: Travis A. Wilson 242966
Address:
City:
Zip:       Phone:
*Signature: Travis A. Wilson*

Name: Don Andre Sanders 215003
Address:
City:
Zip:       Phone:
*Signature: Don Sanders*

Name: Berlie C. Moore 240553
Address:
City:
Zip:       Phone:
*Signature: Berlie C. Moore*

Name Steven Watters 167890
Address _____
City _____
Zip Code _____ Phone _____
*Steven Walters*

Name GERALD BAKER #179888
Address _____
City _____
Zip Code _____ Phone _____
*G. Baker*

Name Jamal Currington 208755
Address _____
City _____
Zip _____ Phone _____
*Jamal Currington*

Name Anthony Turner #236352
Address _____
City _____
Zip _____ Phone _____
*Anthony Turner*

Name Gerald Tillman #247193
Address _____
City _____
Zip _____ Phone _____
*Gerald Tillman*

Name Monte Humphrey 205438
Address _____
City _____
Zip _____ Phone _____
*Monty Humphrey 205438*

Name Christopher Battle 249445
Address _____
City _____
Zip _____ Phone _____
*Christopher Battle*

Name Marvin Jones 247389
Address _____
City _____
Zip _____ Phone _____
*Marvin Jones*

Name Kortney McCloud 241901
Address _____
City _____
Zip _____ Phone _____
*Kortney McCloud*

Name Corey Bryant #161479
Address _____
City _____
Zip Code _____ Phone _____
*Corey Bryant*

Name James Spates 249131
Address _____
City _____
Zip Code _____ Phone _____
*James Spates*

Name Raymond J. Digg
Address _____
City _____
Zip _____ Phone _____

Name _____
Address _____
City _____
Zip _____ Phone _____

Name _____
Address _____
City _____
Zip _____ Phone _____

Name _____
Address _____
City _____
Zip _____ Phone _____

Name _____
Address _____
City _____
Zip _____ Phone _____

Name _____
Address _____
City _____
Zip _____ Phone _____

Name Calvin A. Lee #152056
Address F.L.Y.C, P.O.B. 220410
City Deatsville, AL
Zip Code 36022  Phone _____
*Cal. A. Lee*

Name Charles Hicks #246241
Address F.L.Y.C P.O.Box 220410
City Deatsville, AL
Zip Code 36022 Phone _____
*Charles Hicks*

Name Derrick Daniel
Address Apt 742 Robinwood Dr
City Alexander AL
Zip 36010 Phone 750-3851

Name Marquise Jarrells #229142
Address FLYC P.O. Box 220410
City Deatsville, Ala
Zip 36022 Phone _____

Name Zott Collier Jr #248545
Address FLYC P.O. Box 220410
City Deatsville AlA
Zip 36022 Phone _____

Name Edgar Miller #208355
Address _____
City _____
Zip _____ Phone _____

Name Raymond K Wright 233605
Address _____
City _____
Zip _____ Phone _____
*Raymond K Wright*

Name _____
Address _____
City _____
Zip _____ Phone _____

Name _____
Address _____
City _____
Zip _____ Phone _____

Name _____
Address _____
City _____
Zip Code _____ Phone _____

Name _____
Address _____
City _____
Zip Code _____ Phone _____

Name _____
Address _____
City _____
Zip _____ Phone _____

Name _____
Address _____
City _____
Zip _____ Phone _____

Name _____
Address _____
City _____
Zip _____ Phone _____

Name _____
Address _____
City _____
Zip _____ Phone _____

Name _____
Address _____
City _____
Zip _____ Phone _____

Name _____
Address _____
City _____
Zip _____ Phone _____