IN THE UNITED STATES DISTRICT COURT
FOR THE _Middle_ DISTRICT OF ALABAMA

_Calvin A. Lee A.I.S. #152056_
Plaintiff(s)/Petitioner(s)

VS.

_____
Defendant(s)/Respondent(s)

RECEIVED
2007 JAN 29 A 11: 04

CIVIL ACTION NO. _2:07cv82-T_
(To be supplied by Clerk's Office)

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES AND COSTS

I, _Calvin Alphonse Lee, A.I.S. #152056_, a United States citizen, make this Motion to Proceed Without Prepayment of Fees and Costs pursuant to Title 28 U.S.C. §1915 in order to proceed in _forma pauperis_ in this action. I am unable to make prepayment of fees and costs or to give security therefor, and it is my belief that I am entitled to redress. I have not divested myself of any property, monies or any items of value for th[e] purpose or avoiding payment of said fees and costs.

I. BRIEF STATEMENT AS TO THE NATURE OF THE ACTION: _Violation of First Amendment, Fifth Amendment, Sixth Amendment, Eighth Amendment, Fourteenth Amendment._

II. RESIDENCE:
Your Address: _Frank Lee Youth Center, P. O. B. 220410_
(Street)
_Deatsville,_       _ALA_       _36022_
(City)              (State)     (Zip Code)

III. MARITAL STATUS:
1. Single ___  Married _✓_  Separated ___  Divorced ___

2. If married, spouse's full name: _Ernestine Reed Lee_

IV. DEPENDENTS:
1. Number: _07_
2. Relationship to dependent(s): _Father_
3. How much money do you contribute toward your dependents' support on a monthly basis? $ _-0- incarcerated_

V. **EMPLOYMENT:**

1. Name of employer: _N/A_
   a. Address of employer: _N/A_ (Street)
   _N/A_
   (City)            (State)            (Zip Code)
   b. How long have you been employed by present employer?
      Years: _N/A_   Months: _N/A_
   c. Income: Monthly $_N/A_   or Weekly $_N/A_
   d. What is your job title? _N/A_
2. If unemployed, date of last employment: _N/A_
   Amount of salary and wages received per month in last employment: $_N/A_
3. Is spouse employed? _____ If so, name of employer: _N/A_
   _N/A_
   a. Income: Monthly $_N/A_   or Weekly $_N/A_
   b. What is spouse's job title? _N/A_
4. Are you and/or your spouse receiving welfare aid? _N/A_
   If so, amount: Monthly $_N/A_   or Weekly $_N/A_

VI. **FINANCIAL STATUS**

1. Owner of real property (excluding ordinary household furnishings and clothing):
   a. Description: _-0-_
   b. Full Address: _N/A_
   c. In whose name? _N/A_
   d. Estimated value . . . . . . . . . . . . . . . . . $ _-0-_
   e. Total amount owed . . . . . . . . . . . . . . . . $ _-0-_
      Owed to: _N/A_   $ _-0-_
      _N/A_   $ _-0-_
   f. Annual income from property . . . . . . . . . . . $ _-0-_
2. Other assets/property, such as automobiles, boats, motor homes, court judgments, etc. (If more than two, list information on back):
   a.                                Asset (1)            Asset (2)
      Make & Model:                  _-0-_                _-0-_
      In whose name registered?      _____               _____
      Present Value of Asset:        _____               _____
      Amount owed:                   _____               _____
      Owed to:                       _____               _____

- 2 -

b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else . . $ -0-

c. List monies received during the last twelve (12) months, into your hands, into banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

Business, profession or other forms of self-employment. . $ -0-

Rent payments, interest or dividends . . . . . . . . . . . $_____

Pensions, annuities or life insurance payments . . . . . $_____

Gifts or inheritances . . . . . . . . . . . . . . . . . . $_____

Stocks, bonds or notes . . . . . . . . . . . . . . . . . $_____

Tax refunds, Veteran benefits or social security benefits $_____

Any other sources . . . . . . . . . . . . . . . . . . . $_____

3. Obligations:

a. Monthly rental on house or apartment . . . . . . . . . $_____

b. Monthly mortgage payments on house . . . . . . . . . . $_____

4. Other information pertinent to your financial debts and obligations:

| -0- | -0- | -0- |
|---|---|---|
| (Creditor) | (Total Debt) | (Monthly payment) |
| -0- | -0- | -0- |
| (Creditor) | (Total Debt) | (Monthly payment) |
| -0- | -0- | -0- |
| (Creditor) | (Total Debt) | (Monthly payment) |

Other (Explain): _____ -0- _____

VII. <u>ALL PLAINTIFFS/PETITIONERS MUST READ AND SIGN</u>:

I UNDERSTAND that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. FURTHER, I CERTIFY that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

_Cal G Lee_   01/08/07
Signature of Plaintiff/Petitioner

- 3 -