IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN ALPHONSE LEE, #152056, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-CV-82-MHT |
| ) | |
| ALABAMA DEPT. OF CORRECTIONS, et al., ) | |
| ) | |
|     Defendants. ) | |

**O R D E R**

Upon review of the complaint filed by the plaintiff, and for good cause, it is

ORDERED that on or before February 14, 2007 the plaintiff shall file an amendment to his complaint which:

    1. Specifically describes how each named defendant violated *his* constitutional right of access to the courts.

    2. Identifies the disciplinary/disciplinaries lodged against him which violated *his* right to due process.

    3. States whether he seeks to challenge the physical conditions of confinement at the Frank Lee Youth Center. If so, the plaintiff shall present specific facts in support of any claim challenging such conditions.

In responding to this order, the plaintiff is advised that he must set forth **short and plain statements** showing why he is entitled to relief. Each allegation in the pleading

should be simple, concise and direct.  *See* Rule 8, *Federal Rules of Civil Procedure*.  **The plaintiff is further advised that this case will proceed only against those claims presented in the amended complaint**.

The plaintiff is cautioned that if he fails to comply with the directives of this order the Magistrate Judge will recommend that this case be dismissed.

Done this 30th day of January, 2007.

        /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE