**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Captain Horace Burton
   Frank Lee Youth Center
   PO Box 220410
   Deatsville, AL 36022

   07cv82  C, Amd Cmp + OP

2. Article Number
   (Transfer from service label)   7006 2760 0002 8193 1279

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Horace Burton    ☐ Agent  ☐ Addressee
B. Received by ( Printed Name )    C. Date of Delivery
   HORACE BURTON JR    2/15/07
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Warden John Cummins
   Frank Lee Youth Center
   PO Box 220410
   Deatsville, AL 36022

   07cv82  C, Amd Cmp + OP

2. Article Number
   (Transfer from service label)   7006 2760 0002 8193 1262

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Horace Burton    ☐ Agent  ☐ Addressee
B. Received by ( Printed Name )    C. Date of Delivery
   HORACE BURTON JR    2/15/07
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sgt. Vivian Langford
   Frank Lee Youth Center
   PO Box 220410
   Deatsville, AL 36022

   07cv82 C, Amd Cmp & OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X /s/ Horace Burst/   ☒ Agent  ☐ Addressee
B. Received by (Printed Name): Horace Burst
C. Date of Delivery: 2/15/07
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0002 8193 1293

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Debra Martin, Classification Specialist
   Frank Lee Youth Center
   PO Box 220410
   Deatsville, AL 36022

   07cv82 C, Amd Cmp & OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X /s/ Horace Burst/   ☒ Agent  ☐ Addressee
B. Received by (Printed Name): Horace Burst
C. Date of Delivery: 2/15/07
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0002 8193 1286

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540