IN THE UNITED STATES DISTRICT COURT
For THE MIDDLE DISTRICT of ALABAMA
NORTHERN DIVISION

Calvin Alphonse Lee, #152056
        Plaintiff
                                    Case No 2:07-CV-82-MHT
vs
Alabama Dept. of Corrections et al.
        Defendants

## AMENDMENT TO COMPLAINT

A 42 U.S.C. § 1983 action has been filed by the Plaintiff, who is incarcerated at Frank Lee Youth Center. An Institution of the State of Alabama. The Complaint was reviewed by a United States Magistrate Judge. And additional Amendment's were allowed, to be added to this Complaint at a later time. And further thereafter it done as according to the provision's of the Federal Rule's of Civil Procedure. And also done, within 90 day's of the date of the order, 02-14-2007. The Plaintiff is not and, Attorney and has no paralegal experience. And request's the court to appoint counsel for the Plaintiff. So that the Necessary Federal Rules of Civil Procedure, and the Directives contained in the court order, are met. Also the Plaintiff is requesting the allow him to again Amend to the Complaint. By submitting sworn Affidavit's from witnesses, whom have signed the petition in the original Complaint. Stating that they are being coerced and threatened while being interrogated. By the Defendants here at Frank Lee Youth Center. Also many minor inmates have come forward. Willing to give statement's about the UnProfessional, and Abusive Behavior of the Administrative Staff. Here at Frank Lee Youth Center.

After all an Inmate's has a Constitutional and Civil Right's. To serve their imposed sentence. Without being abused by the prison staff. Under the Code of Alabama 1975, Title 14-3-13 which deals with Solemn Oath of Officer's and Guard's. Also Rule 208 of the Administrative Regulation's Tort's Act's Standard of Conduct

#3 (a) All D.O.C. Personnel are expected to:
(4) Exercise Courtesy and Tact (7) Observe Rules, Regulation's and Law's. (10) Prevent the abuse of authority of the Badge

3 (C) Ala. D.O.C. Officer's are prohibited from (4) Using Threat's in supervising prisoner's and abusive language.

This Administration at Frank Lee Youth Center, has no regard for God's nor Government's Law's. They secretly operate as they please covering for each other's wrong's. And should be investigated to the extreme. This is not an isolated incident, but a pattern of practice, that has gone on for year's. Also I the Plaintiff request that the Court Permit, An Alabama State Employee, A Mental Health Treatment Counselor for the State of Alabama, to testify by Sworn Affidavit. Or in Person before the Court's or the Court's Investigator As to the Plotting of the Administrative Staff here at F.L.Y.C. Captain Horace Burton, Sgt. Vivian Langford, Classification Specialist Debra Martin and other's. Plot to deprive the Plaintiff Calvin Lee and other's of his Constitutional and Civil Right's. In A harmful way, that they are devising for the future. The Plaintiff request Special Permission to have the United States District Court. Take Statement's from Mrs. Michele Taylor S.A.P. Counselor (334) 290-3204 at Frank Lee Youth Center As to the violation named against the Defendant's in this Complaint

Before the Court, Plaintiff Request that the Court Grant his Request To Amend Again To The Complaint, Also Request For And Court Appointed Attorney. And Grant Motion for Leave To Amend and other Necessary Motion's. In order that he the Plaintiff can comply with the directives of The Court. In the Proper manner. Seeing that the Plaintiff is without the Legal Knowledge to continue corresponding as Required. And Due To the Fact's that the Law Library at Frank Lee is inadequate, not operable as should be. And due to the constant harashment, and mental Anguish that the Plaintiff is Suffering. Due To incarceration and the Stressful and Abusive Stlye Rendered towards. Inmate's incarcerated At F.L.Y.C. Plaintiff pray's that the Court will Grant these Request and allow for this Complaint to proceed futher. And allow other information pretaining to the Original Complaint to be filed with the Courts.

Calvin G. Lee Pro Se
Calvin A. Lee #152056, A31-A
Plaintiff

## Certificate of Service

I Hereby Certify that a Copy of the foregoing Amendment To Complaint Motion for Leave To Amend. Request for Appointed Counselor Has been Served upon the Clerk of the Courts with a Copy for the Defendant's Attorney's By placing said same in the U.S. Mail at Frank Lee Youth Center Properly addressed and postage prepaid this the 12th Day of March 2007



Envelope:
- From: A. Lee, 153... A21-A, Lee Youth Center, P.O. Box 220410, ...ville, AL 36022
- Legal Mail
- 2:07cv82-MHT
- Postmark: MONTGOMERY AL 361, 13 MAR 2007 PM 4 T
- 36101+0711
- To: Office Of The Clerk, United States District Court, P.O. Box 711, Montgomery, AL 36101-0711

AFFIDAVIT

STANLEY HAILEY A.I.S. 247191
(AFFIANT)

Civil Action # 2:07-CV-82-MHT

STATE OF ALABAMA

COUNTY OF ELMORE

I, STANLEY HAILEY A.I.S. 247191 has prepared this AFFIDAVIT, to testify in behalf of a Civil Action Complaint. Filed by Inmate Calvin Alphonse Lee A.I.S. 152056. I was assigned at Frank Lee Youth Center as an Inmate Law Library Clerk. From the Month of October 2006 thru February 24, 2007. And one of my assigned responsibilities. Is to work according, to a schedule, prepared by SGT. Vivian Langford. Frank Lee Youth Center, Institutional Law Library Supervisor. The Inmate Law Library Clerk's job is to carry-out the rules of the library, also to keep the library orderly and clean.

[A] Frank Lee Youth Center does provide access to the court, but only to a certain degree. Through it's via Lexis Nexis program. But much needed updated legal material is provided quarterly via Lexis Nexis. And all other material that is needed, before the quarterly computer update. Inmates have to wait on, And if the Law Library had some Law book's. It would be very useful to the inmates, even a Black's Law Dictionary. This Law Library is without any Legal Books. This is the root of Civil Action No. 2:07-CV-82-MHT. It is only Common Sense is that other Law material is needed. In a Law Library. To function effectively. And if the Courts would turn this Library or send and investigator, to actually see these deficiencies

[2]

Then would the Court Comprehend, this issue more Plainly. There is only one Lexis Nexis program Computer, And 2 (2) Law or more Inmates, have Legal reference Work to be did. And there is a deadline to be met, in the Courts. Frank Lee Youth Center Law Library is inadequate to meet the needs of these Inmates. And will certainly be Denying one Access to the Court's, which has been the case.

[B.] I Stanley Lhiley is An Inmate Law Library Clerk, that had no qualification to work in a Law Library. But I have seen SGT. Langford hire, the best Inmate's. Knowledgeable with Law, and place other inmates in the Law Library. That don't even Care are in the least bit Concerned, about other Legal Issues. Yet Reason are Not Rashval. The Law Library At Frank Lee Youth Center has not operated sufficiently as to opening and closing, as Required by the Standard Operating Procedures. Since I have started working here October due thru February 2007. I personally come to work when I want to, and open and close when I get Ready. And the other Clerk, hardly ever even show up for there duties. Paul White and Fredrick Daniel. SGT. Langford Rarely Inspect's the Law Library. So she is not aware of what's going on. SGT. Langford does not Care. As Long As No one Complain's she, deceives the Department's Head's or those in Authority over her. This Libraries schedule and Rules are just a disguise for the Actual problem's. And to also appear as if the Library is in Compliance with the State And Federal Regulation's Regarding prisoner's Right's to Access to The Court's. Neither Warden Cumming II or SGT. Vivian Langford, Routinely inspected the Law Library. In order to, see if there was anything needed or broken. In fact if you wanted to see SGT. Langford Concerning some

Legal matter, or there was a need for some legal form's. It would be month's before you got them, if you got them then. This seem as a way to deter Inmate's and the Law Clerk's from, coming to SGT. Langford. Requesting any documents.

[C.] The Law Library schedule is false and a misrepresentation of the Administrative Regulation's. It is not original and true. It does not consider the time taken away from it, the schedule, for the J.F. Ingram Trade School feeding time weekly. From 10:30 am to 12:00 am the Law Library is closed weekly. Except when Trade school is not in progress. Also the Law Library doesn't open until 12:00 daily if it's open. The Lexis Nexis Computer, is not operable because the Correctional Staff. Have to be repeatedly asked to come open up the Cabinet and turn the Computer on. It is keep Locked-up. So that is a serious problem, the majority of the morning hour's. This has been repeatedly brought to, the Captain and SGT. Langford attention. But the problem has never been solved, the Morning Staff can verify that also. The Evening Staff also, because they have had to turn it the Computer one from time to time, Warden Cumming's and SGT. Langford have given false statement's to the Court's. About this in Inmate's Charles Hick's A.I.S. 246241, 1983 Civil Action Complaint No.2:06-CV-1134 MHT, Civil Action No. 2:07-CV-64-WKW. Both stated they did not deprive Inmate Hick's or other Inmates to access to the Court's. And SGT. Langford statement's in Hick's Civil Action Complaint. About what materials is provided is not true. Because no one has been allowed to copy anything since I've been at Frank Lee Youth Center as a Library Clerk. Also writing In-struments have never been mentioned. The Institutional Con-Tingency fund hasn't provided any materials or services to the

Law Library as to my knowledge, SGT. Langford is known for her ability to deceive and devise schemes for corruption.

(2) Warden Cummings II or SGT. Langford statements denying this should not be accepted. Because of their status, as to pretaining to this Civil Action. But the Court, should arraign for a physical appearance at Frank Lee Youth Center. Or send an investigator to the prison to view the situation. And subject to the Court it's recommendations afterward. So that these violations can be corrected and Inmate's Rights to Access The Courts, is met.

I Stanley Hailey A.I.S. 247191 make these statements here in contained in this Affidavit of my own freewill and all of this information is true. I have not been coercion in anyway. I am ending my sentence of incarceration. On 02-24-07 I E.O.S. from this sentence that date. But I can be contacted at this Phone Number Area Code (205) 333-2773. Also I am in total agreement with the 1983 Complaint that Calvin Alphonse Lee, has brought against the Administration at Frank Lee Youth Center. Concerning the Law Library and treatment of Inmates. Brought about in this Civil Action Complaint Civil Action No. 2:07-CV-82-MHT in the Middle District of Alabama. The law library does not operate as according to the State of Alabama Department of Corrections Administrative Regulation #214, Standard Operating Procedure E-2.

*Stanley L Hailey*
Signature of Affiant

Frank Lee Youth Center
Address

(5)

Civil Action No.
2:07-CV-82-MHT

P.O.B. 220410
P.O.B.
Deatsville AL 36022
City, State, Zip Code

Sworn to and subscribed before me this 23 Day of Feb 2007.

*[signature]*
Notary Public

My Commission Expires 11/09/09

Certificate of Service

I Calvin A. Lee #15205, Plaintiff in the above-styled cause. Hereby Certify that I have on this date served a copy of the foregoing Affidavit on the Clerk of United States District Court, for the Middle District of Alabama, Northern Division. Montgomery County Reference to Civil Action No. 2:07-CV-82-MHT By Placing the same in the United States Mail, postage prepaid and properly addressed, at Frank Lee youth Center on this 2 Day of March 2007. Also A Copy being sent to the Defendant's Attorney the General Counsel for the Alabama Department of Corrections.