IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN ALPHONSE LEE, #152056, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:07-CV-82-MHT |
| | ) |
| JOHN CUMMINS, et al., | ) |
| | ) |
|     Defendants. | ) |

**O R D E R**

Upon review of the special report filed by the defendants on March 23, 2007, and as the defendants fail to adequately address various claims presented by the plaintiff, it is

ORDERED that on or before April 11, 2007 the defendants shall file a supplemental special report, supported by affidavits and relevant evidentiary materials, which specifically addresses the plaintiff's claim that (i) defendant Martin denied him access to favorable prison programs due to his race, and (ii) the disciplinary procedures have been utilized against him in violation of his right to equal protection

Done this 26th day of March, 2007.

                                              /s/ Charles S. Coody
                                       CHARLES S. COODY
                                       CHIEF UNITED STATES MAGISTRATE JUDGE