## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

CALVIN ALPHONSE LEE (152056),　*

                              *

    Plaintiff,　　　　　　　　*

                              *

VS.　　　　　　　　　　　*　　　**2:07-cv-82-MHT**

                              *

ALABAMA DEPARTMENT　　*
OF CORRECTIONS, et al,　　*

                              *

    Defendants.　　　　　　*

## MOTION FOR A MORE DEFINITE STATEMENT

Comes now the Defendants, **Department of Corrections, John Cummins, Warden Horace Burton, Debra Martin, and Vivian Langford**, pursuant to F.R.Civ.P. 12(e), through the Attorney General for the State of Alabama, by and through its assistant attorney general, *Bettie J. Carmack*, and moves this Honorable Court for a more definite statement and, for grounds, state as follows:

1.　　On March 26, 2007, this Honorable Court ordered the defendants to respond to the plaintiff's allegations that he was denied access to favorable prison programs due to his race and that the disciplinary procedures used against him violated his equal protection rights.

2.　　The defendants had moved that these allegations be dismissed because they were vague and conclusory.

3.      The defendants are unable to respond to these vague and conclusory

allegations.  In order for the defendants to respond to the allegations, the

defendants would need the plaintiff to provide the following information:

      a.      What programs has he allegedly been denied access to because of his race?

      b.      When did the alleged program denial occur?

      c.      What disciplinary procedures have been used against the plaintiff in violation of his equal protection rights?

      d.      When were the disciplinary procedures allegedly used against the plaintiff in violation of his equal protection rights?

Respectfully Submitted,

Troy King (KIN047)
Attorney General


/s/ *Bettie J. Carmack*
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*
*Civil Division*
11 South Union Street
Montgomery, AL  36130
Phone: 334-353-5305
Fax: 334-242-2433
Email: bcarmack@ago.state.al.us

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have, this the 26th day of March, 2007, served a copy of the foregoing upon the Plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

**Calvin A. Lee**
**AIS #152056-A31**
**P. O. Box 220410**
**Deatsville, AL  36022**

/s/ *Bettie J. Carmack*
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Telephone: (334) 353-5305
Facsimile: (334) 242-2433