IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN ALPHONSE LEE, #152056, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-82-MHT |
| | ) |
| JOHN CUMMINS, et al., | ) |
| | ) |
| Defendants. | ) |

## O R D E R

Upon consideration of the motion for more definite statement filed by the defendants on March 26, 2007 (Court Doc. No. 15), and as the complaint and amendments thereto assert sufficient claims for relief, it is

ORDERED that this motion be and is hereby DENIED.

Done this 26th day of March, 2007.

        /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE