IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

Calvin Alphonse Lee #152056
Plaintiff

vs.                                    Civil Action No. 2:07-CV-82-MHT

Al. Dept. Of Corrections Et. Al;
Sgt. Vivian Jackson
Classification Specialist
Debra Martin
Acting Warden Capt. Horace Burton
Defendants

## MOTION FOR LEAVE TO AMEND

A 42 U.S.C. - 1983 Civil was filed by the Plaintiff and the Plaintiff requests premission be granted. This Motion To Leave To Amend, And Amendment To Complaint. In accordance with the Federal Rules of Civil Procedure, and the directives contained in those Rules. As required to Motion for Leave To Amend. The Plaintiff request that the Court Recieve this pleading and admit the pleading as evidence. Of Retailation from the Defendants named in the Civil Action pending.

Sincerely,
Calvin A. Lee #152056, A8A
F.L.Y.C., P.O. Box 220410
Deatsville, AL 36022

## CERTIFICATE OF SERVICE

I Calvin A. Lee do hereby certify that a copy of the foregoing Motion for Leave to Amend. Has been served upon the United States District Court. And also a copy has been added to be served by the Court Clerk's office upon the Defendants Attorney. By placing (2) copies of said same in the U.S. Mail at F.L.Y.C. properly addressed and postage prepaid this the 28th Day of March, 2007



IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

Calvin Alphonse Lee #152056
Plaintiff

vs.                                Civil Action No. 2:07-CV-82-MHT

Alabama Dept. of Corr. et al.
Sgt. Vivian Jackson
Classification Specialist Debra Martin
Captain Horace Burton Jr.
Defendant

RECEIVED
2007 MAR 23 A 9:40
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## AMENDMENT TO COMPLAINT

A 42 U.S.C. § 1983 Civil Action was filed by the Plaintiff and the Plaintiff wishes to amend to the complaint. In accordance with the Federal Rules of Civil Procedure, and the directives contained in those Rules. As to Leave To Amend and the Plaintiff request's, That the Court receive this pleading and admit this pleading. Into the above Civil Action as evidence of the alleged allegation's. Against the defendant's named in this action. As I quoted in the prior complaint, As to the ruthlessness of the defendant's. And that they were going to retaliate, because of the Plaintiff me filing the present complaint. These officers think that they are Judge, Jurer, and excecutioner' for the State of Alabama. When they are mentally sick individual's given authority that they so readyly abuse. Again the Plaintiff is writting the Court Requesting a transfer for my protection from harm. Only because I am standing

up for my Constitutional and Civil Right's. Any day now the retaliation against the Plaintiff will become a reality. I have a State of Alabama, Mental Health Treatment Counselor. Mrs. Michele C. Taylor whom will, testify as a witness, of having knowledge that the Administrative staff and other officer's, here at Frank Lee Youth Center, are conspiring to deprive the Plaintiff of his Civil Right's. The Defendant's are carrying out their plot, to violate and cause harm to the Plaintiff in and undetectable way. I am being stalked by officer's constantly. They have order's from the conspirator's. The abouved named witness will testify, under oath as to what manner. The defendant's are conspiring to proceed with. This is a serious plot, for which. I am requesting the Court intervene and provide me with federal Protection immediately. Also I request that the Court call the Treatment Counselor Michele Taylor immediately to verify these allegation's are true. (334) 290-3204. While this evidence is available. I the Plaintiff am under much stress do to this matter. And I cannot proceed with the Legal directive's clearly, of the Court's order's. And I request and extention of time to comply if there be error's, on the plaintiff behalf. All do to the constant pressure and concern for my safety. This is hindering me responding effectively because of this environment. Where I am constantly harassed, and on guard against officer's whom might attempt to deprive me of my Civil Right's on behalf of their Colleque's. Because they themselves think prisoner's should be deprived and mistreated so part of punishment. Please allow the plaintiff some protection here, or transfer the plaintiff before these plot's are carried-out. These officer's get their way. Without being held accountable for the wrong's they do. It's a pattern of practice of Depriving prisoner's of their Civil Right's. And then covering the truth-up. I am asking the Court to not

Just set idle, and allow these defendant's to just do as they please to prisoner's. After all I am an Honorable Discharged UNITED STATES Marine, I served in the ALABAMA National Guard for a period of 14 year's. I've done my duty to protect this Nation, when I served and I don't deserve this kind of punishment for a non-violent crime in my latter day's. This remind me of the separation in our country today.

Sincerely,

Calvin G. Lee #152056
F.L.Y.C.
P.O. Box 220410
Deatsville AL. 36022

### Certificate of Service

I Do Hereby Certify that a copy of the foregoing pleading has been served upon the Attorney for the Defendant's by sending a copy to the United States District Court stating copy for the Defendant's Attorney. Since the court never informed the Plaintiff as to the Defendant's Attorney. By placing said same in the U.S. Mail at F.L.Y.C. properly addressed and postage prepaid this the 15th Day of March, 2007