IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN ALPHONSE LEE, #152056, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-82-MHT |
| | ) |
| JOHN CUMMINS, et al., | ) |
| | ) |
| Defendants. | ) |

### O R D E R

Upon consideration of the motion for leave to amend filed by the plaintiff on April 2, 2007 (Court Doc. No. 17), in which the plaintiff seeks to proceed on a claim of threatened retaliation, and as such claim provides no basis for relief in this cause of action, it is

ORDERED that the motion for leave to amend be and is hereby DENIED.

Done this 2nd day of April, 2007.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE