IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN ALPHONSE LEE, #152056, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-82-MHT |
| | ) |
| JOHN CUMMINS, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon review of the special reports filed by the defendants, and for good cause, it is

ORDERED that on or before April 12, 2007 the defendants shall file a supplement to these reports which contains an affidavit from defendant Martin addressing the plaintiff's claim that during the classification process she discriminated against the plaintiff due to his race.

Done this 2nd day of April, 2007.

　　　　　　　　　　　　　　　　/s/ Charles S. Coody
　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE