IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **CALVIN ALPHONSE LEE** (152056), | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VS. | * | **2:07-cv-82-MHT** |
| | * | |
| **ALABAMA DEPARTMENT** | * | |
| **OF CORRECTIONS, et al**, | * | |
| | * | |
| Defendants. | * | |

**SECOND SUPPLEMENTAL ANSWER and SPECIAL REPORT**

Comes now the Defendant, **Debra Martin,** by and through the Attorney General for the State of Alabama, by and through its assistant attorney general, *Bettie J. Carmack*, and responds to the Court's order dated April 2, 2007 as follows: Defendant Martin asserts that she has never discriminated against Calvin Lee based upon his race. (*See* Exhibit **I**)  Defendant Martin asserts that Inmate Lee's prison classification and program participation is based upon the criteria set forth in the Department of Corrections Classification manual.

Respectfully Submitted,

Troy King (KIN047)
Attorney General


/s/ *Bettie J. Carmack*
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*
*Civil Division*
11 South Union Street
Montgomery, AL 36130
Phone: 334-353-5305
Fax: 334-242-2433
Email: bcarmack@ago.state.al.us


**CERTIFICATE OF SERVICE**

I hereby certify that I have, this the **4th** day of **April**, **2007**, served a copy of the foregoing upon the Plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

**Calvin A. Lee**
**AIS #152056-A31**
**P. O. Box 220410**
**Deatsville, AL 36022**


/s/ *Bettie J. Carmack*
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Telephone: (334) 353-5305
Facsimile: (334) 242-2433

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Calvin Alphonse Lee #152056 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 82-MHT-CSC |
| ) | |
| Alabama Dept. of Corrections, et al., ) | |
| ) | |
| Defendants, ) | |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said county, personally appeared Debra Kay Martin, who being known by me and first duly sworn, deposes and says on oath as follows:

My name is Debra Kay Martin and I am presently employed as a Classification Specialist with the Department of Corrections, Frank Lee Youth Center, Deatsville, Alabama. I am over twenty-one (21) years of age and I have personal knowledge of the facts set forth herein.

1. Defendant Martin has no control over criteria utilized to determine program eligibility. These criteria are set forth in the Department of Corrections Classification Manual.
2. Defendant Martin classifies all inmates assigned to Frank Lee Youth Center in accordance with the Department of Corrections Classification Manual.
3. Defendant Martin has not discriminated against Calvin Lee because of his race.

_____
Debra Kay Martin

STATE OF ALABAMA)
ELMORE COUNTY )

SWORN AND SUBSCRIBED BEFORE ME AND GIVEN UNDER BY HAND AND OFFICIAL SEAL THIS, THE _2nd_ DAY OF _April_, 2007.

_____
Notary Public