RECEIVED

2007 APR 23  A 10: 18

RA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

THis Copy Is For The Clerk Of The Courts

In the District Court of the United States

For the Middle District of Alabama
Northern Division

Calvin Alphonse Lee, #152056
     Plaintiff,

V.

John Cummins, et al.,
    Defendants,

)
)
)
)
)
)
)
)
)
)
)
)

RECEIVED

2007 APR 23  A 10: 18

____ A. HACKETT ___
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Civil Action No. 2:07-CV-82-MHT

## Response In Opposition

Comes Now the Plaintiff Calvin Alphonse Lee, #152056, through himself Pro, Se and In accordance with this Honorable Court's Order on April 04, 2007 do hereby submit the following Response In Opposition To Defendants Pleading.

## Parties

(A) John Cummins (Defendant) - an ADOC Employee, Warden III at Bullock County Corr. Facility, P.O. Box 5107 Union Springs AL 36089.

(B) Horace Burton Jr. (Defendant) - an ADOC Employee, Acting Warden at Frank Lee Youth Center, P.O. Box 220410, Deatsville, AL 36022

(C) Debra Martin (Defendant) - an ADOC Employee, employed as a Classification Specialist at Frank Lee Youth Center, Located at P.O. Box 220410 Deatsville, AL 36022

(D) Vivian Jackson Langford (Defendant) - an ADOC Employee, presently employed as an Administrative Sergeant at Frank Lee Youth Center Located at P.O. Box 220410, Deatsville, AL 36022

(E) Calvin ALPHONSE LEE (Plaintiff) - an ALABAMA DEPARTMENT OF CORRECTIONS (ADOC) inmate currently imprisoned at FRANK LEE YOUTH CENTER, Located at P.O. Box 220410 DEATSVILLE, AL 36022

AFFIDAVIT

Calvin A. Lee
Plaintiff

2:07-CV-82-MHT
Case #

STATE OF ALABAMA

COUNTY OF ELMORE

Before Me, the undersigned authority, a Notary Public in and for said County, personally appeared Calvin Alphonse Lee, who being known by me and first duly sworn, deposes and say's on oath as follows:

I Calvin Alphonse Lee is an Inmate at Frank Lee Youth Center P.O. Box 220410, Deatsville, Al 36022. I am over the Age of (21) twenty-one years of age and I have personal knowledge of the facts set forth herein.

I have attempted to prepare this Response in Opposition to the Defendants Report. I have no personal Reason's to lie on either of the Defendant's. There is various problem's here at Frank Lee Youth Center. Some of these problem's are due to the Administrative Staff here. Most of the problem's are due to System Failure, It's known that the Alabama Department of Correction. Is in deseprate need of an Overhaul of it's, current system. Which is to include it's Employee's, Institution's, etc. I have to the best of my ability, attempted to cooperate with the Defendants. But find them to be understaffed, overworked in preforming more than one occupation. That in turns hinder's (ME) or the State Prisoner's. All of which has resulted in the Plaintiff filing the 1983 Complaints Concealing the truth of these matter or

ALLEGATION's WILL ONLY PASS the PROBLEM's ON, and these
violation's. WILL continue to escalate, thus Keeping THE
STATE of ALABAMA, Department of Correction's In the Jim Crow
ERA, By Denying Prisoner's And the Plaintiff Justice ON an
EQUAL Scale. As Required In the U.S. Constitution, Let us
ARISE from our sleep. If our Recent Governor, Was guilty
Of these Allegation's. Surely these Loyal Employee's Were fol-
lowing his Lead And are Now displaying his method's of covering-
up. One comment I have for these defendant's and that is that,
they were taught well, And they are some of the best predator's
I have ever seen.

[A.] As Response Of Opposition To THE Law Library, Standard Operating
Procedure's. C-7. III Definition Of a Legal Kit is, four sheets
Of Legal plain paper, and two envelopes. And that a pencil may be
issued upon Request. Legal Kit's at frank Lee consist of this paper
that I am submitting this AFFIDAVIT. A computer printer is Available
to be placed in the law library, but the Administrative Sergeant
would not install the printer. Neither Provide Carbon Paper, or THE
Basic office supplie's for and adequate Library to function Efficiently.
And if the ADOC purchased the computer for the Law Library, why
would Sgt. Langford withhold it from the Inmates use. Also the Respon-
sibilities as according to the standard Operating Procedures.
Are Rarely enforced, specifically as to opening and closing At Appro-
priate times. Since Sgt. Langford is No Longer assigned as
Administrative Sgt.. At frank Lee youth center, Before her Re-assign-
ment she Left order's. That it was O.K. for the Library Clerks to,
Play games on the Law Library Computers. This has transpired the
Library into a game Room. Even during the hours. Designated to study
or Preparing of Legal material. And as a document of proof

THE PlainTiff is including a signed Petition by the other Inmates and himself. Whom have Knowledge, that the Law Library is Not operating as the Defendants state, (Exhibit ①) Also Plaintiff is presenting Evidentiary Materials in the form of an Order from the Courts. Dismissing a Civil Rights case, because of Limited access to Legal Material and adequate assistance from Persons trained in Law. Along with Numerous Movements.

THE Plaintiff Response as to being fired from the Job, is that if SGT. Langford Affidavit was factual, I would have been Received Numerous disciplinaries. Because at Frank Lee youTH CenTer, the Staff here is known, for issuing Disciplinaries and citation's for any Minor or major violation's of the Rules. Exspecially being fired from a Job. That's worse then Murder, here if the Courts will check the Record. Here At Frank Lee youTH CenTer, It will find that SGT. Langford. Is not only Living, but she herself has written Numerous disciplinaries, for any allegation pretaining to, an improper procedure's pretaining to a job. Included is an example of how strict the Staff here is. (Exhibit ②) Also a statement from the witnesses as to this fact. That SGT. Langford verbally threatened the Plaintiff, I the Plaintiff take, threat's seriously, I am 50 year's of age. And I have seen inmate's. Beaten to the point of death, also I have had an stepson, that was beaten to death, by D.O.C guards, In 1995. I Know very well how this system operate's, when it want's to Justify, It's wrong's. I've seen with my own eye's, an I've heard with my own ear's. But as stated before, this method of deceiving the Court's. Is not going to benefit the ADOC in any form. It's only going to pass the problem on into the future.

This Administration with no exception's is just as Corrupt, As any other administration, At the ADOC, in that the staff here, Conspire, deceive and cover-up any wrong doing's from any Public or investigating authority. It is a practice pattern, that has been going on, since who knows. If the court's would order, the prison files. Then these violation's would Surface. Numerous Complaint's has been filed against the Administration here, By it's Own Employee's. Mrs. Michele Taylor Intensive Substance Abuse Instructor, And Numerous Inmates and their parent's, have Requested that the State of ALABAMA I+I Division investigate this institution, for possible Discrimination violation and other wrong doing's, Also Numerous Congressman and the U.S. Department of Justice Officials. Have been alerted as to the injustices that are transpiring here at Frank Lee Youth Center.

THE Classification Specialist has been at odds against me, since I got to Frank Lee Youth Center. We have had Numerous, disagreement's and when I would state that I was writing her Superior's. SHe Would threaten me with disciplinary Action. Either the ADOC Director of Classification, sent the letter I wrote back to her. Or she tampered with the U.S. Mail, I am including the letter as evidence (Exhibit (3)) SHe has discussed My Case and had my Review held, in the staff Office. Discussion that are suppose to be Confidental and private are held in the shift office, WHere everyone is aware of your Confidental information. Also I have been Slandered, about amist the staff. Mrs. Michele Taylor Can testify as to these allegation's. Information has been missing from my Administrative File. And she has Repeatedly, informed Central Records Division. That there has been no Change in my Progress since being here at Frank Lee Youth Center, When I have Completed several

Program's To Rehabilitate myself Since being here at Frank Lee.
She Discriminate in the wording of the Recommendation that she
Recommends for me. Also other inmates, there has been Numerous
complaints Lodged against her. But her Superiors Never take
action. They just cover it up at a higher Level in the ADOC
Classification Division. I can't recall the Racial Slur or statement
that she made. When I was before the Job Board, when I first Arrived
here. But it was some Quote from something that her father told
her about, when you find a ___ in ditch leave it there. If you help it
out it will pull you in.


The Prison Disciplinary Policy is not followed to the Letter. The
Hearing Committee, all conspire to find inmates guilty. In order to please
themselves. Showing Partiality to inmate's that inform for them, Also
those they like, They provoke incident's displaying unprofessional character
And if they want you to receive a disciplinary or citation it's,
nothing you can do to stop them getting one. The Staff Abuse the
Disciplinary Procedure, And discriminate in the proceeding, one
specific way. I once some of the inmates have been given, a disciplinary
and the Officers find that they have. Made a misstake on the first
5 Line's. The policy is that the disciplinary should be thrown-out.
The Staff here RE-issue, the disciplinary, after correcting them.
Also SGT. Langford states in her Affidavit that, she fined me
from the Law Library for Numerous complaints and other violations. This
clearly show's that the Staff here, Discriminates. If I violated the Rules
I should have received. Disciplinary Action's according to the Admin-
istrative Regulation 414 or 403. The Allegation SGT. Langford
Makes are clearly Major Institutional Rule violation's, This show's Partiality.

If I am correct I think that the ADOC Policy for all Prisoner's is the same. At Least that is what the advertize

As for the Condition's, THE water in the shower's is always a problem. It's been that way on and off for (6) six months. Either Cold or Hot. This past WEEK-end for example, the water was cold had to take cold shower's. April 13, 14, 15, 2007. Will present Petition from the Inmate body here at Frank Lee Youth Center as (Exhibit (4)) as proof.

As to the (1) Bathroom in the dormitory for the 72 Inmates, give or take away. The Door's to the dormitorie's are Locked from 11:00 pm until about 4:00am. And if you are Lucky, you might get and officer to open it. And Let you have access to the Common Laboratory Area. Captain Burton isn't here at night, And cannot Comment as to verifying that Inmate have use. Once he Leave's another officer Assume command and he run the facility as he please's. Just this year and older Inmate messed on himself. Because the door's to the dormitory was Locked. And he couldn't get to the Common Laboratory Area. Petition as proof (Exhibit (5))

If proper Toxic fumes detecting device's, would be used inside these dormitorie's. They will detect toxic fumes Leak's, To Let this Administrative Staff tell it. They are Perfect, in everything they do. Also the smoking Policy isn't enforced, I brought this to Warden John Cummins Attention Long-ago. He refused to do anything about it A Letter is being submitted as proof. Exhibit (6) And the unprofessional 3rd shift female officer's Just stay on the PA system unnecessaryly. Expecially in the early morning hoor's Just A mere Lack of Respect for Inmates, Just because They can.

THE PRISON STAFF is unprofessional here at Frank Lee Youth Center. They are not preforming their duties as to enforcing certain Rule's. (1) Regulation's as to the Law Library. (2) The smoking in the building, I have asmatha also several other inmate's. I guess we have been sentenced to a death sentence. Also the staff do not abide by the OATH that they swore to uphold. When they became Correctional Officer's Code of Alabama 1975, Title 14-3-13, Deals with Solemn OATH of Officer's and Guards.

Rule 208 of the Administrative Regulation Torts Acts Governing the :

Standard of Conduct

Quote: 3(a) ALL D.O.C. personnel are expected to:

4; Excercise Courtesy and Tact

7; Observe Rules, Regulation's and Law's

10; Prevent the Abuse of Authority of the Badge.

3(c) ALL Alabama Department of Corrections Officers are prohibited from

4; Using threat's in supervising prisoner's and Abusive Language

This staff here at Frank Lee Youth Center does not Adhere to this Standard of Conduct Code, As I stated before they feel as if they are above the Law. And for the sake of Justice they should be Reminded. That the Law govern's all, no matter what Job. One has in Life. This conclude's my Affidavit, I Requested of the Court. To Appoint and Attorney to Assist me. I hope that, the point's and issue's are addressed Adequately.

Carl W. Lee #152056
(SIGNATURE OF AFFIANT)
Frank Lee Youth Center, P.O. Box 220410
(ADDRESS)
Deatsville, Alabama 36022
(City, State, Zip Code)

SWORN TO AND SUBSCRIBED BEFORE ME THIS 19th
DAY OF April, 2007

(Notary Public)

My Commission Expires 11/09/09

PETITION TO SUPPORT Plaintiff Calvin A. Lee's Affidavit As To The (1) Law Library (2) The Discriminitory Procedure's The Administrative Staff uses when citing Disciplinaries or Citations. (3) Classification Specialist Debra Martin's Discriminating Procedure's And as to Race

(4) The Unsanitary, And Numerous Problem's, from the Worn-out Equipment. Such as the Hot Water, Boiler's, Heater's, Roof in the Chapel broken Toilet's and Urinals. The shower and other area's, Not suitable for handicap accessibility (5) Also this is to verify that the Dormitories, Are Locked at Night from about 11:00pm Until 4:00am. This forces 72 Inmates give or take, to use ONE Toilet. Preventing Inmate's, from using Common Laboratory Area (6) The Unprofessional Conduct and The Abusive Language. And Threats that they make.

All of the Inmate's Here at FRANK LEE Youth Center, That are Over the Age of 21 year's of Age. And Are fully aware of what we are signing our signature's to. By signature Admit and give Calvin Alphonse Lee Premission, to have this petition Notarized And Sent to the U.S. District court, Middle District of Alabama Stateing that the Allegation within the Affidavit and this Petition, do exist. The information about the Named and unnamed Individuals are To my Knowledge true. And some Legal action should be taken, immediately. None of us Inmate's that sign this Petition have been forced or threaten, In any way and we make these same statements, Written within Calvin Lee's Affidavit of our own free will, acknowledging that the Statement's he Made. Listed above 1-6 and in his Affidavit are Correct, This Institution is in bad shape. And is in need of A federal Probeing to Correct this problem's which are Numerous. The Administrative personal Conduct their personal business, On the State of Alabama's Time

Violating Ethic Law's and Standard's. But in order to save the Federal Government, Taxpayer's fund's. WE ARE WITNESSING to the alleged deficiencies the Racism, Discrimination and Abuse of Authority Cruel punishment, and Run down conditions. By the signature's below.

1. Bealie C. Moore 240553
2. Charles Hicks 246241
3. Travohis Harris 248411
4. Jeffrey Mays Guy 241941
5. Allen Gardner 246647.
6. Daniel Levi Guy 205865
7. Lindsey Mauldin 132244
8. Caterius Adams 247983
9. Christopher Battle 249445
10. Sen Griffin 199904
11. Sanford Baker 199408
12. Bobby Smith #190227
13. Gabriel Shager #240651
14. Johnnie B Shaw 138298
15. Joshua Wright 249101
16. Carlos Frey 148082
17. Marvin Russel 235039
18. Raymond L. Digg 243364
19. Jimmy Cuuler 153384
20. Billy Staples 247624
21. James D. Bates 249131
22. Annie Spinks 155620
23. Robin Russell 138521

24. Eric Peterson #205100
25. Lashawn Jones 213363
26. Chris Orr 199177
27. Troy Watkins 133965
28. Tony Wruk 324279
29. Markey Golden 240310
30. Kelvin Bell 249264
31. Cordarius Holden 249978
32. Demetrius Harrington 196945
33. James D. Wells 160039
34. Wildrick Smith 243026
35. Larry McCall 249777
36. Gregory McClinton 236402
37. Eric Coats 223145
38. Tony Hooks 219791
39. Marquise Jarrells 229148
40. Rickey McCoy 251300
41. Burton Wulff 201844
42. Gerald Tillman 247193
43. Kadegah Portis 227566
44. Anthony Owens 199833
45. Brandon Ross 241673
46. Harvey Bandy 161660

47. Anthony Burrell 245294
48. Richard Goin 228883
49. James B. Perry #26089
50. Arthur G. Holden #229498
51. Albert Glen J.T. 251017
52. Anthony Turner 226052
53. Derrick Williams 227880
54. Monroe Parnish 149189
55. Cedrick Guerin 248812
56. Bruce Meadows 338450
57. Kevin Moore 181004
58. Richard Brown 247589
59. Jerome Adams 251062
60. Ricardo Williams 247621
61. Fred Gilletts 249364
62. Virgil Nickens 241224
63. Timothy Jackson 172817
64. Charles Wilber 186672
65. Chris Willie 248613
66. Carlos Rouse 244419
67. Darryl Green 244690
68. Joseph McCray #135167
69. Dameeus Thomas #247134

P-2

We The Inmates At Frank Lee Youth Center, are in No way attempting. To Disrupt the Daily Routine of the Institution are is this petition Meant to threaten or harrass any Employee of the A.D.O.C. here or elsewhere. But serve's as A Mercy plea for assistence. As to our Human Right's and other Civil Right's, Which is Mandatory under the U.S. Constitution. Numerous other complaints as well, as Civil and STATE action's. Have already been filed.

| | | | |
|---|---|---|---|
| (70) Luemoy Amox 249161 | | (90) Eric McCain #119977 | (110) |
| (71) Ned Green 155083 | | (91) Chad Brund #250511 | (111) |
| (72) Jerry J. Collins 250549 | | (92) Jermaine Riggs 246712 | (112) |
| (73) Travis Wilson #242966 | | (93) Michael L. Bickle 250789 | (113) |
| (74) Christopher Hoxley #241634 | | (94) Eric Orr 182754 | (114) |
| (75) Timothy Champion #243019 | | (95) Joseph Todd 230543 | (115) |
| (76) Michael Thomas 249427 | | (96) Lakendrick DuBose | (116) |
| (77) Gary Foreman #152287 | | (97) Kenneth Brantley 246919 | (117) |
| (78) Michael | | (98) Jason Gilliland | (118) |
| (79) Jamal Davis 155551 | | (99) Glendon Price II 248863 | (119) |
| (80) Daniel Kelly 247981 | | (100) Fabgo Miller 208355 | (120) |
| (81) J. Jones | | | |
| (82) Lonnie Spinks #220090 | | (102) | |
| (83) Alfred Walker #246466 | | | |
| (84) Christopher Lett #223649 | | (123) | |
| (85) Darryl Hay | | (124) | |
| (86) Chris Tompkins 248544 | | (125) | |
| (87) Paul Burkett #241325 | (107) | (126) | |
| (88) Jonathon Morrison 249769 | (108) | (128) | |
| Vincent Douglas 249246 | | | |

And The Petition To Support The Response And Affidavit

To The Honorable Court, the Plaintiff was unable to obtain copies. Of the evidentiary Documents, To forward with the copy of the Response In Opposition To The Defendant Answer's But has included the sole copy of the Documents as proof of evidence. The reason for not being able, to obtain copies, is due to the changing of the Rules. At the Institution as to obtaining access, to the front Administrative Office. Which the Plaintiff feels was done deliberately, In order to cause the Plaintiff to miss the Court ordered deadline. For filing the Plaintiff Response to the Court. The Rules governing this has suddenly changed without notice this week April 16th thru. But the documents are, being included.

## Certificate of Service

I Calvin Alphonse Lee do hereby Certify that I have served Copies of the foregoing Response In Opposition And Plaintiff Affidavit with A Petition for Support as Evidence. Along with evidentary Documents upon the U.S. District Court, Middle District of Alabama. With A Copy Included to be forwarded by the Clerk To The Defendant's Attorney In Civil Action # 2:07-CV-82-MHT. By Placing Same in the U.S. Mail Postage Prepaid and properly addressed to the Clerk of the U.S. District Court, Middle District of Alabama. On this the 19th Day of April 2007

CALLOW H
Frank Lo
P.O. Box 22040
Deatsville, AL 36022

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711






Evidentary Documents As Proof To The Plaintiff Affidavit
Could not obtain copy, due to the All at once change, without Notice
At the Institution as to Access to the administration Office attached in
my Attempt to meet the Courts deadline, For Filing this Response. Also
the Law-Library has had Problems opening today. 04-19-07, and 04-18-07

RECEIVED
2007 APR 23 A 10: 1
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Evidentary & Documents That Goes
with the Affidavit.

Unable To Obtain Copy For Defendant's Due To
Lack Of Funds. And complication of Institution

**INMATE REQUEST SLIP**

Name _Calvin A. Lee_____     Quarters _D8B_     Date _03-30-07_

AIS # _152056_____

( ) Telephone Call          ( ) Custody Change          ( ) Personal Problem

( ) Special Visit           ( ) Time Sheet              ( ) Other _____

Briefly Outline Your Request - <u>Then Drop In Mail Box</u>

_Classification Supervisor, I would like to be_
_transferred to another facility A lateral transfer_
_to Mobile if not there to Decatur or Hamilton_

_J. Grimes was place in for a lateral Transfer on 04-04-07_

<u>Do Not Write Below This Line</u> - **For Reply Only**

_The Commissioner currently has a_
_moratorium on lateral transfers._

_4/4/07_

Approved          (Denied)          Pay Phone          Collect Call

Request Directed To: ( <u>Check One</u> )

( ) Warden                        ( ) Deputy Warden          ( ) Captain

( ) Classification Supervisor     ( ) Legal Officer · Notary ( ) Record Office
                                       Public

N176

**INMATE REQUEST SLIP**

Name *Calvin A. Lee* _____ Quarters *D8A* _____ Date *04-04-07*

AIS # *152056* _____

( ) Telephone Call      ( ) Custody Change      ( ) Personal Problem

( ) Special Visit      ( ) Time Sheet      ( ) Other _____

Briefly Outline Your Request - Then Drop In Mail Box

*Mrs. Martin - I would like to be placed in for*
*a Lateral Transfer. To Decatur CBF.*

Do Not Write Below This Line - **For Reply Only**

*The commissioner has issued a*
*moratorium on lateral transfers*
*Mont 4/5/07*

Approved      (Denied)      Pay Phone      Collect Call

Request Directed To: (Check One)

( ) Warden      ( ) Deputy Warden      ( ) Captain

( ) Classification Supervisor      ( ) Legal Officer - Notary      ( ) Record Office
                                 Public

N176

**INMATE REQUEST SLIP**

Name _Calvin Alphonse Lee_  Quarters _D3-32_  Date _12/17/06_

AIS # _152056_

( ) Telephone Call     ( ) Custody Change     ( ) Personal Problem

( ) Special Visit     ( ) Time Sheet     ( ) Other _____

Briefly Outline Your Request - Then Drop In Mail Box

_Warden Cummins - I have just completed (SAP) And I am_
_Restricted to D.O.C. Property. Not by Command from_
_Central but from Mrs. Martin. Since I have every trade_
_And Program offered around here, I can't grow here so_
_would you transfer me to Decatur CWC before the year_
_end's. I am trying to go where I can continue to rehabilitate_
_myself. If not would you just send me back to_
_Kilby_

Do Not Write Below This Line - For Reply Only

_LATERAL TRANSFERS FROM 1 LEVE_
_II TO ANOTHER HAVE BEEN_
_HALTED. IF YOU WISH TO GIVE_
_UP YOUR CUSTODY ADVISE_
_MS. MARTIN ACCORDINGLY._

Approved    Denied     Pay Phone     Collect Call

Request Directed To (Check One)

( ) Warden        ( ) Deputy Warden      ( ) Captain

( ) Classification Supervisor   ( ) Legal Officer - Notary   ( ) Record Office
                                  Public

N176

ATTn: CAPTAIN BURTON

## INMATE REQUEST SLIP

Calvin A. Lee _____     Quarters 4-46 ___ Date 07/18/06

AIS # J52056 ___

( ) Telephone Call          ( ) Custody Change        ( ) Personal Problem

( ) Special Visit            ( ) Time Sheet              (✓) Other _____

Briefly Outline Your Request   Then Drop In Mail Box

Sir I am preserving Post Conviction Relief. I am
filing Pro, se. I request that you Transfer me to another
Level II Community work Center There I can be allowed
the Required time and other NECESSITIES. That are
MANDATORY by federal and State law. Pertaining to Access
To A Law Library, while confined. The Law Library here
has to many faults. And is not Adequate for the purpose
it serves. I would be glad to explain in person. I have evidence
I would like to Amend to this Request. If necessary.

Not Write Below This Line - For Reply Only

_____

_____

_____

Approved          * Denied          Pay Phone          Collect Call

Request Directed To: (Check One)

( ) Warden                   ( ) Deputy Warden                 ( ) Captain

( ) Classification Supervisor   ( ) Legal Officer - Notary   ( ) Record Office
                                    Public

76

ATTn: Money Clerk

## INMATE REQUEST SLIP

Mr. Calvin A. Lee          Quarters 4-46   Date 09/18/06

AIS # 182056

( ) Telephone Call      ( ) Custody Change      ( ) Personal Problem

( ) Special Visit        ( ) Time Sheet         (✓) Other _____

Briefly Outline Your Request  Then Drop In Mail Box

Money Clerk I am filing (4) Civil Actions Suits. I need four Ledger's from this Institution, Showing the past transaction's for the Last Six months. So that I can proceed In Forma Pauperis

Not Write Below This Line - For Reply Only

you have no transaction file.

Mrs Silvroy

| Approved | Denied | Pay Phone | Collect Call |
|----------|--------|-----------|--------------|

Request Directed To: (Check One)

( ) Warden                      ( ) Deputy Warden       ( ) Captain

( ) Classification Supervisor   ( ) Legal Officer - Notary  ( ) Record Office
                                    Public

ATTn: Money Clerk

76

## INMATE REQUEST SLIP

Name _____    Quarters _____    Date 12-15-06

AIS # _____

( ) Telephone Call          ( ) Custody Change          ( ) Personal Problem

( ) Special Visit            ( ) Time Sheet             ( ) Other _____

Briefly Outline Your Request   Then Drop In Mail Box

AT 4:30 AM THere was NO
Buzzer for wake up. But
it there was a Annoucement
made for Shave at 4:30 AM. Then
the gate was Lock for Count at 4:35AM
Count over at 4:46 AM. gate was Open.
I-N-H was call at 4:57 AM. Chow call
at 5:01 AM

Do Not Write Below This Line   For Reply Only

Time Allowed for Shave And Brush
teeth Pill call putting on clothes to
be right was 21 min on this day

Approved          Denied          Pay Phone          Collect Call

Request Directed To: (Check One)

( ) Warden

( ) Classification Supervisor    ( ) Deputy Warden

                                 ( ) Legal Officer - Notary    ( ) Captain
                                     Public                    ( ) Record Office

N176

INMATE REQUEST SLIP

Name _____ Quarters _____ Date **12-14-06**

AIS # _____

( ) Telephone Call          ( ) Custody Change          ( ) Personal Problem

( ) Special Visit           ( ) Time Sheet             ( ) Other _____

Briefly Outline Your Request. Then Drop In Mail Box

| | |
|---|---|
| WAKE Up with Buzz | 4.30 AM |
| Pill call | " " |
| Count Lock Gate | 4:34 AM |
| Count over | 4:47 AM |
| Pill call over | 5:00 AM |
| Chow Call | 5:02 AM |

Do Not Write Below This Line   For Reply Only

| Approved | Denied | Pay Phone | Collect Call |
|---|---|---|---|

Request Directed To: (Check One)

( ) Warden                    ( ) Deputy Warden          ( ) Captain

( ) Classification Supervisor  ( ) Legal Officer  Notary  ( ) Record Office
                                   Public

N176

**Calvin Alphonse Lee #152056**
**Frank Lee Youth Center D-3**
**P. O. BOX 220410**
**Deatsville, Al. 36022**

ATTN: Terry Everett-Congressman

Sir how are you? My name is Calvin A. Lee #152056 and I am incarcerated at Frank Lee Youth Center, P. O. BOX 220410, Deatsville, and AL. 36022. I have made a mistake in life and I am now paying the penalty for that mistake. Would your office assist me in correcting some violations of my and other inmates Constitutional Rights. Some of the Authorities here have been depriving inmates of their Civil and other rights for such a long period of time that they refuse to stop and will go to any length to achieve their sick selfish demands at the expense of great harm to others. If this letter reaches you please reply. Even if it's nothing but to let me know that you have received the letter being brief as possible this facility is a mere breach of trust and run any way whoever sees fit or fee on a certain day. Please send me a complaint application or refer me to someone, who can help me. I am fifty (50) years of age and I've seen some horrible things. But this situation is one that needs to be cleaned up.

Sincerely,

Calvin A. Lee #152056
Frank Lee Youth Center D3-32
P. O. BOX 220410
Deatsville, AL.36022

P.S. Sir I was referred to you by a good friend of ALTO Davis-Birmingham.

TERRY EVERETT
2ND DISTRICT, ALABAMA

COMMITTEE ON ARMED SERVICES

CHAIRMAN, STRATEGIC FORCES
TACTICAL AIR and LAND FORCES

COMMITTEE ON AGRICULTURE

VICE CHAIRMAN, SPECIALTY CROPS and
FOREIGN AGRICULTURE PROGRAMS
GENERAL FARM COMMODITIES and
RISK MANAGEMENT

PERMANENT SELECT COMMITTEE ON
INTELLIGENCE

VICE CHAIRMAN, TECHNICAL and TACTICAL
INTELLIGENCE

OVERSIGHT

COMMITTEE ON VETERANS' AFFAIRS

OVERSIGHT and INVESTIGATIONS

Web site: http://www.house.gov/everett

# Congress of the United States
## House of Representatives

Washington, DC 20515–0102

January 12, 2007

Mr. Calvin A. Lee
Frank Lee Youth Center  D3, 32
Post Office Box 220410
Deatsville, AL 36022

Dear Mr. Lee:

Thank you for contacting my office about the problems you are facing with the Frank Lee Youth Center.

As much as I would like to assist you with this matter, I am limited in what I can do because it comes under the direct authority of the State of Alabama.  Because I am a representative of the federal government, I have no jurisdiction in such state matters.

Hoping to be of some assistance, I have contacted the Governor on your behalf and explained the matter as you outlined it to me.  I asked that your problem be given careful attention and that everything possible be done to help you.

I hope that this will be helpful to you, and I appreciate the opportunity to be of service.

With best regards, I am

Sincerely yours,

TERRY EVERETT

TE/cw

2312 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225–2901

3500 EASTERN BOULEVARD, #250
MONTGOMERY, AL 36116
(334) 277–9113

256 HONEYSUCKLE ROAD, #15
DOTHAN, AL 36305
(334) 794–9680

101 NORTH MAIN STREET
OPP, AL 36467
(334) 493–9253

WARDEN Cummins

Sir I am writing to REQUEST, that some changes be considered. Those changes are, that you authorize an Honor donm, to contain. All Non-smoking inmates, Older inmates that don't care for the noise. The Christian inmates, and those of us who like to live in a clean and healthy environment. Sir please approve of this suggestion. Because the living arrangment that we are in now is unbearable and unhealthy. Especially the sanitary, and the unsanitary condition's are just a shame Something has to be done and immediatly, please sir. Some of us inmates are to old and no that getting sick in prison, is a death sentence. Will you get with us about making some change's Before other measure's are taken. I just want to serve my time and go on with my life.

Sincerely,
Cal Lee
Calvin A. Lee #152050 D-4-B#6

AN HONOR DORM WAS TRIED PREVIOUSLY & DID NOT WORK!
John Cummins
4/15/06

*Inmate Copy*

Alabama Dept. Of Correction    *FLYC 06-489-E*
Major Institutions – Behavior Citation

| INMATE: Calvin Lee | AIS: 152056 | CELL/DORM/BED # *3-32* |

FACILITY: **FRANK LEE YOUTH CENTER**

The above named inmate is cited by: Officer Sam Thomas
For the following violation(s) of institutional /departmental rule(s) as described:   Rule #64;
Possession of Contraband:  During a shakedown of Dorm #3, you inmate Calvin Lee,
BM/152056, had two pieces of stuffing from a mattress that was unauthorized.  When asked
about the stuffing, you stated that you got it from anohter inmate before he left.

| Date of Infraction: 10/22/06 | Time of Infraction: 3:20 p.m |

Co-I Sam Thomas    10-22-06
Citing Employee's Signature/Date

I have investigated the circumstances surrounding this citation and recommend that the following
sanction(s) be taken against this inmate.

☒ Counseling/Warning  ☐ Loss of Telephone privileges _____ days.
☐ Loss of Canteen privileges for _____ days. ☐ Removal from incentive program.
☐ Loss of Visiting privileges for _____ days. ☐ Removal from Hobby Crafts.
☐ Extra duty for _____ days at _____ hours per day under supervision of _____ shift.
☐ Wear pink clothing for _____ days (Indecent Exposure/Exhibitionism)**

*Refused to Sign*    *Chad Hicks COSI*
Inmate's Signature/AIS/Date    Shift Supervisor's Signature/Title/Date

**Wearing of Pink Clothing must be approved by the Warden

After having reviewed this citation and the recommended sanction(s) presented, the following action is
approved.

☑ Citation and sanctions are approved.
☐ Citation and sanctions are approved as modified below:

☐ Citation and sanctions are disapproved and formal disciplinary action is to be immediately initiated under
the provisions of ADOC AR 403.
☐ Citation and sanctions are disapproved. Expunge action from inmate's file.

_____    *W Burt Ox* 10/23/06
Effective Date of Sanctions    Warden/Designee's Signature/Date

Inmate's receipt of completed action: *Refuse to Sign (WM)*
_____    Inmate's Signature/AIS/Date
Serving Officer's Initials: *WM*

Distribution: ☐ Captain    ☐ Shift Commander _____ shift.    ☐ Business Office
☐ Psychologist    ☐ Classification    ☐ Central Records

Annex A to AR 414

U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, N.W.
Special Litigation Section -PHB
Washington, D.C. 20530

01/22/07

Dear U.S. Attorney General

My name is Calvin Alphanse Lee #182056, And I am currently incarcerated. In an Alabama Prison, Frank Lee Youth Center, P.O.B 220410, Deatsville, AL 36022. And I am writing to initiate a Legitimate Complaint. About the flagrant Conditions. Also the Egregious treatment, from the prison staff here. Sir would your office investigate this facility immediately. What type of mental and physical abuse here is not an isolated incident. It's part of a pattern of a practice here, and the inmate's are dared to challenge the pattern and practice of abuse here, I would like to go into the details, but I am trying to be as brief as possible, for the sake of safety, from Retaliation. There is know Administrative Regulation's that govern, Disciplinary Hearing, the staff change the rule's according to the inmate that they are dealing with. It's a Bias proceeding 99¾ of A time. Due Process Right's are a joke to the Staff here, And there is no straight answer to any Inmate's question's, Inmate's are verbally threaten, constantly. I live in total fear, here, and this is a breeding ground for hatred. Handicap inmate's have no, zero accessible ramp's Rails, Bath Stall's, Shower accessaries. They are rushed as if they are in a Marine Boot Camp. I have Numerous other complaint's but I am writing to here from your office. Before I really blow the whistle And please, send me a proper complaint form to document these deficiencies. And other information about how Institution's should be in Compliance to federal Statues. There are wide spread deficiencies here that seriously jeopardize the

health and safety of Inmates, Along with the serious abuse.
If you would only order, the ALA D.O.C, to transfer me to
another facility. In my safety I would appreciate that. But
still something has to be done, to the other Inmate before a serious
Riot or other problem occur. Please respond that is the only way I will
know that this letter made it out.

Sincerely
Cal G. Lee #152056, A-21
Frank Lee Youth Center
P.O.B. 220410
Deatsville, Al 36022

E1.1

ATTn: Mr. Paul Whaley; Director of Classification
ALA. Dept. of Corr.

refer to
reply claws

Sir: This Letter is being written to you,
In hope, that you can Clear-up what is the correct
Recommended States. As to me being in Level III and
Level I Placement Central Review Board Officer Chester
or Custer. Entered A comment on And Appeal of A Central
Review Board. Recommendation on my Placement, with great
Respect. As to the decision, I, know that it was made without
All of the Data presented The Appeal was Granted but
A comment was High Lighted with the Appeal And
other Classiraising Specialist. Mrs. Martin here at
Frank Lee youth Center. Interrupts the comment as
A Protest then Confession. Stateing that I am not to be
given A Job. On of State Property And not Around Inmates
period. Either on State Property or in society. And that
is what she has done so far. Mrs. Martin even Degrades
me About this But I couldn't be in this Level of Placement
if that were so. Also the Data that was used to Arrive at
that Decision. Is incorrect, I have surra Documentation to
Prove it Sir I am only trying to Rehabilitate myself,
in a positive way. Here I have A Job cleaning the Hace Balls
2nd shift A Barricle Dr. I am use to staying busy, to serve
my time Best that way. This facility Franklin youth Center
Lack's Rehabilitation Programs. For me to advance myself.
Also the facility has numerous Sanitary Conditions that it is in

Violation 01, I am 50 yrs of Age I am trying to
Stay healthy, Do my time and Return to society and
Be A Productive Citizen. All that I am Requesting is
that this Restrictive Comment By CRB be Reconsidered.
Because I have had this same Data in the past and I've
been allowed. To go in Restrictive Around the state.
I have never Abused that trust, and have no desire to
ever do so. I have no Problem's with the opposite
sex. My Spouse and I had a misunderstanding we have
Reconciled with one another. She is neither Protesting
My being Closer to home, And neither is the District
Attorney of Mobile County. I can have any of this verified,
The charges that the Ala. D.o.C. has me Placed on is Protection
Violation for None Domestic Violence that was Nellie Prossed.
Because my spouse, Admitted that she Lied to the Courts, About
the entire incident. And I accept Responsibility for my part
Action and Behavior. And I am aware that they are indeed
Serious But I am not A Monster that the CRB is trying
to Label me as being. I am Pursueing Remedies to have
My Case overturned I will be successfully. And if there has
ever been A borderLine determination to be made I am the
Inmate that want to see the system Check, I have my Record with
the D.o.C. Attests to that, Before Beaning transferred here
I was At Loxley Community Work Center for 30 Day's Before
CRB. Protested me. My duties there were work for the
Al Dept of Transportation Summerdale, Division in Society working
On the highway's. I Attended Church in Free society (3) nights

[3.]

Weekly, I also was allowed to shop, and asked A.A. and N.A. on AfterCare. I was allowed these privileges, at Loxley Community Work Center for 30 days and I never abused the trust placed in me. Nor did I create a situation that would reflect a negative image or protest. On the ALA D.O.C. Sea I've made misstake's in the past, that I am not proud of. I can't change the past, But I am mature and I can control my future. By making positive decisions, Sea I am only writting to Request a fair decision be made. I have sworn Affidavits that I am not threat to any of the victims. Neither to any individual in society.

Sincerely,
Gale G. Lee #152056, 4-46
Frank Lee Youth Center
P.O. Box 220410
Deatsville, AL 36022





Calvin A. Lee 159086
F.L.4.C  D-4-46
P.O. Box 220410
DeaTBozILLes, AL 36032

Myc Claw
att: D. Marti

Director of Classification
C/O Mr Paul Whaley
Beal/So Ripley Street
MonTgomery, AL 36104

CONFIDENCE ... ... ... IS FORWARDED
CONTENTS ... ... ... THISON. THE
AND THE ADDE ... ... OR IS EVALUATED
NOT RESPONSIBLE ... ... CORRECTIONS IS
FOR CONTENTS THEREIN. ... THE SUBSTANCE



STATE OF ALABAMA

**Bob Riley**
Governor

# DEPARTMENT OF CORRECTIONS
FRANK LEE YOUTH CENTER
P.O. Box 220410
Deatsville, Alabama 36022
(334)290-3200

**Donal Campbell**
Commissioner

June 19, 2006

## MEMORANDUM:

TO:    Calvin Lee, B/M#152056A

FROM:  Debra Martin, Classification Specialist

REF:   Classification Process at FLYC

After a thorough review of your institutional file it has been determined that you
need to attend the following programs while assigned to FLYC:

| | |
|---|---|
| **TRADE SCHOOL** ☐ | **COURT ORDERED** ☐ |
| **SAP** ☒ | **COURT ORDERED** ☐ |
| **RELAPSE** ☐ | |
| **AFTERCARE** ☐ | |
| **GED/ABE** ☐ | **COURT ORDERED** ☐ |

Your next classification review is scheduled for January 2007. You will be
reviewed for work release eligibility at that time. You must be actively
participating in the above programs that have a check mark beside them, if they
are available, to be considered for any positive recommendations.

My open house is conducted on Monday and Thursday at 3:30PM in the
Shift Commander's office. You may sign the list to see me at the office window.
If you are assigned a job that requires you to be out of the institution at this time
of the day you may send a request slip and I will make arrangements to see you
at another time.

I do hereby certify that I have read, or have had read to me, the above
document. I have been given the opportunity to ask questions and I understand
what is expected of me while assigned to FLYC.

_____          _____
INMATE'S NAME            AIS#                    DATE
cc:  Inmate's Institutional File