IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

Calvin Alphonse Lee #152056
Plaintiff
v.
Alabama Dept. of Corrections
Captain Horace Burton ET; AL.
Defendants

Case Civil Action # 2:07-CV-82 MHT

RECEIVED
2007 JUN 12 A 10:12

## MOTION FOR STATUS REPORT

Comes Now the Petitioner in the above-styled cause, Moves this Honorable Court. To issue a Status Report, as to, the Ruling on the Civil Action #No. 2:07-CV-82 MHT filed in the Court on 01/04/07. The Petitioner has not been Notified as to the final decision. And Request that the Court Respond to this Motion. To inform the Petitioner, As to whether are not, The Court has Considered the Civil Action #No. 2:07-CV-82 MHT.

The Petitioner prays that the Honorable Court will Grant this Request And Render Proper Relief.

Sincerely Submitted;
Calvin G. Lee #152056, ASIA, Pro Se
Frank Lee Youth Center
P.O. Box 220410
Deatsville, AL 36022

# CERTIFICATE OF SERVICE

I Calvin A. Lee Pro Se, do hereby certify that I have served two copies of the foregoing Motion. One on the U.S. District Court Clerk's Office. And one on the Attorney's for the Defendant State of Alabama Department of Legal Services. By placing the same in the prison Inmate Mail Box at Frank Lee Youth Center for U.S. Mailing postage pre-paid and properly addressed to the Attorney's Defendants and a copy to BE forwarded by the Clerk as addressed below in this the 11th Day of June, 2007.



Calvin A. Lee #152056, A21A
E.L.C.
P.O. Box 220410
Deatsville, AL 36022

LEGAL MAIL

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711