IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA

Calvin A. Lee #152056
Plaintiff

vs.

John Cummins, ET AL.
Defendants

Civil Action No. 2:07-CV-82-MHT

## Disposition Report of Continuing Violations of Constitutional Rights As To Issues To This Complaint

Comes Now The Plaintiff Calvin A. Lee #152056, files this Report To Be Considered with the original complaint. The Defendant at Frank Lee Youth Center, has refused to correct any violation's, but instead. Continue to manipulate the Judicial System. By the cunning craftiness of their State Attorney. Condition at Frank Lee Youth Center has worsten. There is now a possible outbreak of STAPH Infection. The dormitories's are continued to be Locked The Inmate's are Locked-out in the Morning A.M. and at night pm the inmates are Locked-in. As before 72 inmates are forced to use on toilet. Some have resorted to using the outdoors wooded area's, in the daytime. The Plaintiff and other's in the 4 dorm's are forced to drink water from an Igloo cooler. Which never hold's enough, and is a health violation. Communication with the Correctional Staff, is not sufficient. Inmate's are being denied their medication's and adequate medical treatment. The Staff is continuing it's policy of manipulating an circumventing procedures. Their is a continuing Intentionally, pervasive and systematic exclusion and avoidance of the Plaintiff and other Inmate's Constitutional Right's If the court continue to remain silent, it is sentencing the 288

Convict's at the Institution to a death sentence, Just today at 9:30 AM, June 27, 2007. The Correctional Staff failed to honor a Medical Lay-in from the Healthcare Units. The Correctional Staff has No Respect for the Convicts are the Laws, that are supose to govern them. Is there any help for a poor widow's son. Also this Institution violates the Plaintiff Equal Protections and Due Process Right's. In that it operates as A Level IV Institution, And the Plaintiff was Class-up to be sent to a Level II Institution. The Officials once again are discriminating by Manipulate and circumventing procedures, of accomplishing this exclusion. This Administration has Acted beyond it's authority. And should not be immune from obey the Laws and Regulation's. Plaintiff Request to amend to this Report, in the future. THE ALABAMA Health Department was just out here 2 week's ago. And they allowed this institution to go unnoticed. These State Agencies are all conspiring with each other. To deny Convicts of their Constitutional Rights.

Respectfully Submitted,

Calvin A. Lee #152056, A21-A (Pro, SE)
Frank Lee Youth Center
P.O. Box 220410
Deatsville, Alabama 36022

Certificate of Service

I Calvin A. Lee #152056, A21-A do hereby certify that a copy of the foregoing has been served upon the Clerk of the U.S. District Court and a copy forwarded to the Attorney of the Defendants. By placing said same in the U.S. Mail this the 27th Day of June, 2007.



Calvin A. Lee, #150056, A01-A
Frank Lee Youth Center
P.O. Box 220410
Deatsville, AL 36022

LEGAL MAIL

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

MONTROMERY AL 361
02 JUL 2007
LEGAL MAIL

36101+0711