IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN ALPHONSE LEE, #152056, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-CV-82-MHT |
| ) | |
| JOHN CUMMINS, et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On July 3, 2007, the plaintiff filed a "disposition report of continuing violations of constitutional rights" (Court Doc. No. 26) in which he references new claims for relief as to the conditions of confinement at the Frank Lee Youth Center. Specifically, the plaintiff seeks to challenge "a possible outbreak of Staph infection", the requirement that he drink water from a cooler, the medical treatment provided, his continued confinement in a Level IV institution rather than a more secure Level II institution, and an alleged conspiracy among state agencies. *Court Doc. No. 26* at 1-2. The court therefore construes this document to contain a motion for leave to amend. Upon consideration of the motion for leave to amend, and as the court finds that amendment of the complaint at this stage of the proceedings is inappropriate, it is

ORDERED that the motion for leave to amend be and is hereby DENIED. The plaintiff is advised that if he seeks to proceed on the new claims for relief referenced in his

motion for leave to amend he may do so by filing a separate 42 U.S.C. § 1983 action in this court.

    Done this 3rd day of July, 2007.

                               /s/ Charles S. Coody
                              CHARLES S. COODY
                              CHIEF UNITED STATES MAGISTRATE JUDGE