IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CALVIN ALPHONSE LEE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) ) | CIVIL ACTION NO. 2:07cv82-MHT (WO) |
| JOHN CUMMINS, et al., | ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that this case be and is hereby DISMISSED as moot.

It is further ORDERED that costs are taxed against plaintiff Calvin Alphonse Lee, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this 2nd day of March, 2010.

                                   /s/Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE